UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY GRINAGE,            Case No. 1:07-CV-41

    Plaintiff,            Hon. Richard Alan Enslen

  v.

GERALD HOFBAUER, *et al.*,

                                        **JUDGMENT**

    Defendants.     /

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Plaintiff Larry Grinage's Objection (Dkt. No. 9) is **DENIED** and the Report and Recommendation (Dkt. No. 8) is **ACCEPTED IN PART, REJECTED IN PART, AND MODIFIED** as explained therein.

**IT IS FURTHER ORDERED** that Plaintiff's federal claims in his Complaint (Dkt. No 1) and Amended Complaint (Dkt. No. 10) are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims in his Complaint (Dkt. No 1) and Amended Complaint (Dkt. No. 10) are **DISMISSED WITHOUT PREJUDICE**.

DATED in Kalamazoo, MI:      /s/ Richard Alan Enslen
     May 4, 2007            RICHARD ALAN ENSLEN
                                    SENIOR UNITED STATES DISTRICT JUDGE